UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD HANSEND,

        Petitioner,        Case No. 1:10cv530

v.        Hon. Robert J. Jonker

BLAINE C. LAFLER,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 30, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 30, 2013, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the habeas petition is **DENIED**.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                        /s/Robert J. Jonker
                        ROBERT J. JONKER
                        UNITED STATES DISTRICT JUDGE

Dated:  September 26, 2013